MARY L. WITMER, as Administratrix of the Estate of LOREN T. WITMER, Deceased, Respondent, *v.* BUFFALO AND NIAGARA FALLS ELECTRIC LIGHT AND POWER COMPANY, Appellant.

*Witmer* v. *Buffalo & N. F. El. L. & Power Co.*, 112 App. Div. 698, affirmed.
(Argued January 31, 1907; decided February 19, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered

May 7, 1906, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for the death of plaintiff's intes. tate alleged to have been caused by defendant's negligence.

*Maurice C. Spratt* for appellant.

*Fred M. Ackerson* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ. Taking no part: HAIGHT, J.